UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-253-MOC

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TRAILS ACADEMY, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Proceed under a Pseudonym. (Doc. No. 4). Defendants have not responded to the motion.

The motion is **GRANTED**. Plaintiff is granted leave to proceed under a pseudonym.

**IT IS SO ORDERED**.

Signed: November 18, 2024

Max O. Cogburn Jr.
United States District Judge