UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:24-cv-00253-MOR-SCR

| | |
|---|---|
| JOHN DOE M.D.Y.,<br><br>                                          Plaintiff,<br><br>v.<br><br>TRAILS ACADEMY, LLC, TRAILS CAROLINA, LLC, TRAILS MOMENTUM A/K/A TRAILS CAROLINA, WILDERNESS TRAINING & CONSULTING, LLC D/B/A FAMILY HELP & WELLNESS, WTC HOLDCO, LLC, WTCSL, LLC and UNNAMED ENTITIES 1-10,<br><br>                                          Defendants. | **DEFENDANTS' 12(B)(1) MOTION TO DISMISS OR OTHERWISE COMPEL ARBITRATION** |

      Defendants Trails Academy, LLC; Trails Carolina, LLC; Trails Momentum a/k/a Trails Carolina; Wilderness Training & Consulting, LLC d/b/a/ Family Help & Wellness; WTC Holdco, LLC, and WTCSL, LLC, (hereinafter collectively "**Defendants**") pursuant to Federal Rule of Civil Procedure 12(b)(1) and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*., move to dismiss Plaintiff John Doe M.D.Y.'s ("**Plaintiff**") Corrected/Amended Complaint, ECF No. 3, in its entirety or otherwise compel Plaintiff to bring his claims via arbitration. Defendants also submit and incorporate by reference their contemporaneously filed Memorandum of Law.

[*Signature page to follow*]

This the 30th day of December, 2024.

/s/DAVID L. LEVY
David Levy (N.C. State Bar No. 34060)
Gardner Skelton, PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Fax: (704) 936-0294
Email: dlevy@gardnerskelton.com
*Attorneys for Defendants Trails Academy, LLC, Trails Carolina, LLC, Trails Momentum a/k/a Trails Carolina, Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC and WTCSL, LLC*


/s/KRISTY M. D'AMBROSIO
Kristy M. D'Ambrosio
NC State Bar No. 52817
Hedrick Gardner Kincheloe & Garofalo, LLP
4201 Congress Street, Suite 300
Charlotte, NC 28209
Phone: 704-319-5426
Fax: 704-602-8178
kdambrosio@hedrickgardner.com
*Attorneys for Defendants Trails Academy, LLC, Trails Carolina, LLC, Trails Momentum a/k/a Trails Carolina, Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC and WTCSL, LLC*

# CERTIFICATE OF SERVICE

I certify that the foregoing **DEFENDANTS' 12(B)(1) MOTION TO DISMISS OR OTHERWISE COMPEL ARBITRATION** has on this date been served upon counsel in this matter via this Court's CM/ECF system.

This the 30th day of December, 2024.

**/s/DAVID L. LEVY**
**David Levy (N.C. State Bar No. 34060)**
**Gardner Skelton, PLLC**
**3746 N. Davidson Street**
**Charlotte, North Carolina 28205**
**Telephone: (704) 335-0350**
**Fax: (704) 936-0294**
**Email: dlevy@gardnerskelton.com**
*Attorneys for Defendants Trails Academy, LLC, Trails Carolina, LLC, Trails Momentum a/k/a Trails Carolina, Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC and WTCSL, LLC*

**/s/KRISTY M. D'AMBROSIO**
**Kristy M. D'Ambrosio**
**NC State Bar No. 52817**
**Hedrick Gardner Kincheloe & Garofalo, LLP**
**4201 Congress Street, Suite 300**
**Charlotte, NC 28209**
**Phone: 704-319-5426**
**Fax: 704-602-8178**
**kdambrosio@hedrickgardner.com**
*Attorneys for Defendants Trails Academy, LLC, Trails Carolina, LLC, Trails Momentum a/k/a Trails Carolina, Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC and WTCSL, LLC*