UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:24-cv-00253-MOR-SCR

| JOHN DOE M.D.Y.,                                                                                                                                                                                                            |
| :-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| Plaintiff,                                                                                                                                                                                                                  |
| v.                                                                                                                                                                                                                          |
| TRAILS ACADEMY, LLC, TRAILS CAROLINA, LLC, TRAILS MOMENTUM A/K/A TRAILS CAROLINA, WILDERNESS TRAINING & CONSULTING, LLC D/B/A FAMILY HELP & WELLNESS, WTC HOLDCO, LLC, WTCSL, LLC and UNNAMED ENTITIES 1-10,                |
| Defendants.                                                                                                                                                                                                                 |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:24-cv-00254-MOR-SCR

| JANE DOE, L.Y. AND JUNE DOE, A.D.                                                                                                                                                                                           |
| :-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| Plaintiffs,                                                                                                                                                                                                                 |
| v.                                                                                                                                                                                                                          |
| TRAILS ACADEMY, LLC, TRAILS CAROLINA, LLC, TRAILS MOMENTUM A/K/A TRAILS CAROLINA, WILDERNESS TRAINING & CONSULTING, LLC D/B/A FAMILY HELP & WELLNESS, WTC HOLDCO, LLC, WTCSL, LLC and UNNAMED ENTITIES 1-10,                |
| Defendants.                                                                                                                                                                                                                 |

## JOINT STATUS REPORT

Pursuant to the Court's Order entered following the telephone conference held before the Honorable Susan C. Rodriguez, United States Magistrate Judge on November 5, 2025, the parties, through their undersigned counsel, respectfully submit this Joint Status Report. In accordance with

1

the Court's directive, counsel for Plaintiffs and Defendants met and conferred on November 11, 2025, to discuss the scope, number, and type of discovery requests to be served by Plaintiffs for the limited purpose of arbitration-related discovery.

During the conference, the parties engaged in good-faith discussions and reached agreement on the number and type of discovery requests to be served by Plaintiffs upon Defendants. Plaintiffs will serve the agreed-upon discovery requests consistent with the Court's guidance and instruction provided during the November telephone conference. The parties further agreed that Defendants shall serve their written discovery responses and produce responsive documents, as applicable, no later than December 12, 2025.

The parties also conferred and agreed to a briefing schedule concerning Defendants' pending Motion to Dismiss. Plaintiffs' supplemental brief in response to Defendants' Motion to Dismiss shall be filed no later than January 9, 2026, and Defendants' response brief shall be filed no later than February 6, 2026. The parties believe that these deadlines are consistent with the Court's intent to ensure an efficient and orderly resolution of the issues presently before the Court.

**Respectfully submitted this 11th day of November, 2025.**

**/s/Kristy M. D'Ambrosio**
David L. Levy (NC State Bar No. 34060)
Kristy M. D'Ambrosio (NC State Bar No. 52817)
Gardner Skelton, PLLC
3746 N. Davidson Street
Charlotte, North Carolina 28205
Telephone: (704) 335-0350
Fax: (704) 936-0294
Email: dlevy@gardnerskelton.com
kdambrosio@gardnerskelton.com
*Attorneys for Defendants Trails Academy, LLC, Trails Carolina, LLC, Trails Momentum a/k/a Trails Carolina, Wilderness Training & Consulting, LLC d/b/a Family Help & Wellness, WTC Holdco, LLC and WTCSL, LLC*

**/s/ Keith Smith**
Kimberly A. Dougherty, Esq. (admitted pro hac vice)
Keith Smith, Esq. (admitted pro hac vice)
JUSTICE LAW COLLABORATIVE
210 Washington St.
North Easton, MA 0256
(508) 230-2700
kim@justicelc.com
keith@justicelc.com
*Attorneys for Plaintiffs appearing with*

RHINE LAW FIRM, P.C.
Joel R. Rhine, NCSB 16028
Email: jrr@rhinelawfirm.com
Ruth A. Sheehan, NCSB 48069
Email: ras@rhinelawfirm.com
John Bruno, NCSB 54775
Email: jab@rhinelawfirm.com
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062
*Local Counsel for Plaintiffs*

3

Case 1:24-cv-00253-MOC-SCR    Document 48    Filed 11/11/25    Page 3 of 3